United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALISA JACKSON,

      Plaintiff,

  v.

AMERICAN EXPRESS, a New York corporation,

      Defendant.
                              /

No. C 08-05541 WHA

**ORDER RE STAY**

The Court has received the parties' stipulated request and proposed order for binding arbitration and to stay proceedings. The Court will relieve counsel of the duty to attend the case management conference and vacate the hearing on March 26, 2009, at 8:00 a.m., but it will approve the stipulation only upon the following conditions:

      1.    The arbitrator must be selected by **MAY 29, 2009**, and notice of said event must be provided to the Court; and

      2.    The arbitration must be completed by **NOVEMBER 30, 2009**.

The reason for these conditions is that the Court has found in the past that arbitrations, despite all of the hype about their effectiveness and efficiency, are slow to get started and slow to resolve and in some cases resulting in an injustice because of a denial of the claimant (of their day in court). Therefore, if this case is not resolved by November 30, the Court will vacate the

stay and set the case for an early trial. A case management conference will be held on December 10, 2009, at 11:00 a.m. Please file a joint statement no later than December 3.

**IT IS SO ORDERED.**

Dated: March 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE