| | |
|---|---|
| 1 | Leigh A. White, State Bar No. 167477 |
|   | Connor J. Moyle, State Bar No. 250384 |
| 2 | CARLTON DiSANTE & FREUDENBERGER LLP |
|   | 601 Montgomery Street |
| 3 | Suite 350 |
|   | San Francisco, California 94111 |
| 4 | Telephone:  (415) 981-3233 |
|   | Facsimile:  (415) 981-3246 |
| 5 | E-Mail:  lwhite@cdflaborlaw.com |
|   |          cmoyle@cdflaborlaw.com |

Attorneys for Defendant
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISA JACKSON, | Case No. 3:08-cv-05541-WHA |
| Plaintiff, | Judge: Hon. William Alsup |
| vs. | Ctrm:   9, 19th Floor |
| AMERICAN EXPRESS, a New York corporation, | **STIPULATION AND [PROPOSED] ORDER REGARDING ARBITRATION RETURN DATES** |
| Defendant. | Action Filed:   December 10, 2008 |
|  | Trial Date:     None Set |

1  Plaintiff Alisa Jackson ("Plaintiff") and defendant American Express Travel Services
2  Company, Inc. ("TRS"), by and through their respective counsel of record in this action, hereby
3  stipulate as follows:
4  1. On March 17, 2009, this Court issued an Order Re Stay, in which the Court ordered
5  that this matter would be sent to arbitration. In the Order Re Stay, the Court Ordered that the
6  arbitration must be completed by November 30, 2009, and that if the case is not resolved by
7  November 30, 2009, the Court would vacate the stay and set the case for an early trial.
8  2. Thereafter, the parties have diligently pursued this matter in arbitration. An
9  arbitrator experienced in employment law disputes was selected through the American Arbitration
10 Association ("AAA"), and this case was set for arbitration beginning on November 3, 2009.
11 Discovery has been conducted, and TRS filed a motion for summary judgment/partial summary
12 judgment. Plaintiff requested additional time to oppose the summary judgment motion because of
13 the large volume of electronic discovery produced by TRS. TRS did not oppose that request,
14 provided that the case could be resolved by the Court's arbitration cut-off date of November 30,
15 2009.
16 3. Based on the Plaintiff's request for additional time to oppose the summary judgment
17 motion, the arbitrator continued the summary judgment dates by two weeks. As a result, the
18 arbitrator moved the arbitration start date from November 3 to November 16, 2009. Thus, the
19 arbitration is scheduled to take place from November 16 through November 24, 2009. However, at
20 the conclusion of the arbitration (on or before November 24, 2009), the parties will need time to
21 conduct post-arbitration briefing, and the arbitrator will need time to issue his written ruling. The
22 arbitrator is concerned that the Court's Order Re Stay requires that his final written decision be
23 issued by November 30, 2009, which would be difficult given the new arbitration start date of
24 November 16, 2009.
25 //
26 //
27 //
28 //

4. As a result, the parties respectfully request that this Court extend the time for the parties to complete arbitration from November 30, 2009, to February 26, 2010. This will give the parties time to complete the arbitration from November 16-24, 2009, and conduct post-hearing briefing, as well as give the arbitrator time to issue his written decision. This request for a continuance of the dates was at the Plaintiff's request and will not result in an injustice to Plaintiff, which was the concern stated by this Court for the November 30, 2009 arbitration completion date in the Order Re Stay. The parties further request that the Case Management Conference set for December 10, 2009, at 11:00 a.m. also be continued to a date convenient to the Court's calendar in early March 2010.

IT IS SO STIPULATED.

Dated: October 13, 2009       CARLTON DiSANTE & FREUDENBERGER LLP
　　　　　　　　　　　　　　　　Leigh A. White
　　　　　　　　　　　　　　　　Connor J. Moyle


By: /S/ - Connor J. Moyle
　　　　Connor J. Moyle
Attorneys for Defendant
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

Dated: October 13, 2009       PIERCE & SHEARER LLP
　　　　　　　　　　　　　　　　Andrew F. Pierce
　　　　　　　　　　　　　　　　Stacy A. Smith


By: /S/ - Stacy A. Smith
　　　　Stacy A. Smith
Attorneys for Plaintiff
ALISA JACKSON

356940.1

2

Case No. 3:08-cv-05541-WHA
STIPULATION AND [PROPOSED] ORDER RE ARBITRATION RETURN DATES

| | |
|---|---|
| 1 | * * * * * * * * * * |
| 2 | |
| 3 | GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT: |
| 4 | (1)  The arbitration completion date of November 30, 2009 set forth in the March 17, 2009 Order Re Stay is continued to February 26, 2009; |

(2)  The Case Management Conference set for December 10, 2009, at 11:00 a.m. is continued to March 11, 2010, at 11:00 a.m.  Please file a joint case management statement no later than March 4, 2009.

Dated: October 15, 2009.

_____
The Honorable William H. Alsup
Judge of the United States District Court for
The Northern District of California

IT IS SO ORDERED
Judge William Alsup

---

356940.1

3

Case No.  3:08-cv-05541-WHA
STIPULATION AND [PROPOSED] ORDER RE
ARBITRATION RETURN DATES