Leigh A. White, State Bar No. 167477
Connor J. Moyle, State Bar No. 250384
CARLTON DiSANTE & FREUDENBERGER LLP
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone: (415) 981-3233
Facsimile: (415) 981-3246
E-Mail: lwhite@cdflaborlaw.com
cmoyle@cdflaborlaw.com

Attorneys for Defendant
AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALISA JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS, a New York corporation,<br><br>    Defendant. | Case No. 3:08-cv-05541-WHA<br><br>Judge: Hon. William Alsup<br>Ctrm: 9, 19th Floor<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(1)]<br><br>Action Filed: December 10, 2008<br>Trial Date: None Set |

1 | IT IS HEREBY STIPULATED by and between the parties to this action through their
2 | designated counsel that the above-captioned action be and hereby is dismissed in its entirety, with
3 | prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear their own attorneys' fees and
4 | costs, excluding the $2,000 that Defendant has already paid to Plaintiff as required by the parties'
5 | arbitration agreement.

The parties further request that the Court vacate the Case Management Conference currently scheduled for March 11, 2010.

IT IS SO STIPULATED.

Dated: March 3, 2010        CARLTON DiSANTE & FREUDENBERGER LLP
                            Leigh A. White
                            Connor J. Moyle


                            By: /s/ Connor J. Moyle
                            _____
                                    Connor J. Moyle
                            Attorneys for Defendant
                            AMERICAN EXPRESS TRAVEL RELATED SERVICES
                            COMPANY, INC.

Dated: March 3, 2010        PIERCE & SHEARER LLP
                            Andrew F. Pierce
                            Stacy North


                            By: /s/ Stacy North
                            _____
                                    Stacy North
                            Attorneys for Plaintiff
                            ALISA JACKSON


I hereby attest that concurrence in the filing of this document has been obtained from the other signatory to this document (Stacy North, Esq.), pursuant to General Order No. 45(X)(B).

/s/ Connor Moyle
Connor Moyle

# ORDER

THEREFORE, IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 41(a)(1), the above-referenced action is dismissed in its entirety, with prejudice. Each party shall bear their own attorneys' fees and costs, excluding the $2,000 that Defendant has already paid to Plaintiff as required by the parties' arbitration agreement.

Accordingly, the Case Management Conference currently scheduled for March 11, 2010 at 11:00 a.m. is hereby vacated.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____March 4_____, 2010

_____
The Honorable William H. Alsup
Judge of the United States District Court for
The Northern District of California

*IT IS SO ORDERED*
*Judge William Alsup*